# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Lamonti Mitchell

V.

Larry Small, Warden; Mike McDonald; Attorney General Edmund G. Brown, Jr.

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   10cv1639 BTM (BGS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Dismisses the Petition for a Writ of Habeas Corpus as untimely under 28 U.S.C. § 2244(d)(1).  The Court Issues a Certificate of Appealability limited to the issue of equitable tolling. See Lambright v. Stewart, 220 F.3d 1022, 1025 (9th Cir. 2000) (holding that a COA should issue where the questions are adequate to deserve encouragement to proceed further, and any doubts whether a COA should issue are to be resolved in favor of petitioner).

| April 24, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E. Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON April 24, 2012 |

10cv1639-BTM(BGS)